## McCAULY v. STATE.
### No. 19463.

Court of Criminal Appeals of Texas.

Feb. 16, 1938.

Henry Greenberg, of Galveston, and H. L. Heatly, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery by assault and exhibiting a pistol, punishment assessed being ten years in the penitentiary.

The indictment is in proper form. No statement of facts or bills of exception are found in the record.

The judgment is affirmed.